In the Matter of KRAMER & UCHITELLE, INC., Respondent. EDDINGTON FABRICS CORPORATION, Appellant.
In the Matter of KRAMER & UCHITELLE, INC., Respondent. M. LOWENSTEIN & SONS, INC., Appellant.
In the Matter of KRAMER & UCHITELLE, INC., Respondent. CLASSIC MILLS, INC., Appellant.

Submitted October 5, 1942; decided October 15, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 288 N. Y. 467.)

GUSTAVE S. GEIGER, Appellant, v. JAMES I. BUSH et al., Respondents.

Submitted October 5, 1942; decided October 15, 1942.

Motion for reargument denied without costs. (See 288 N. Y. 365.)